ASHBEL H. BARNEY et al., as Executors of CHARLES T. BARNEY, Deceased, et al., Respondents, *v.* HENRY R. HOYT et al., Individually and as Executors of ALFRED M. HOYT, Deceased, et al., Appellants.

*Barney* v. *Hoyt*, 150 App. Div. 361, affirmed.
(Argued December 15, 1913; decided December 30, 1913.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 24, 1913, reversing a judgment in favor of defendants entered upon a dismissal of the complaint by the court at Special Term and granting a new trial in an action to establish title in certain lands.

*Benjamin N. Cardozo* and *Charles K. Carpenter* for appellants.

*Morgan J. O'Brien* for respondents.

Order affirmed and judgment absolute ordered against appellants on the stipulation, with costs in all courts; no opinion.
Concur: CULLEN, Ch. J., WERNER, HISCOCK, CHASE, COLLIN and CUDDEBACK, JJ. Absent: WILLARD BARTLETT, J.